UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JESUS JESSE SUAREZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-08-217 |
| | § | |
| NUECES COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

### **ORDER**

On July 16, 2009, during the trial of the above-styled action, this Court ordered a directed verdict for Defendant Nueces County on the issue of future damages.

During a colloquy with counsel while the jury was deliberating, the Court stated that there had been no evidence presented at trial on the issue of future damages.  (Trial, July 16, 2009 (post-trial colloquy)).  Counsel for Plaintiff Jesus Suarez acknowledged that Suarez still has his job and agreed that there had been no evidence presented on future damages.  (Id. (statement of Plaintiff's counsel)).  Accordingly, the Court granted a directed verdict on the issue of Plaintiff's claim for future damages.  Fed. R. Civ. P. 50 ("If a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue, the court may resolve the issue against the party.")  Therefore, Plaintiff is not entitled to recover future damages.

SIGNED and ORDERED this 17th day of July, 2009.

_____
Janis Graham Jack
United States District Judge